Carl L. Walz, as Administrator, etc., Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Rich and Stapleton, JJ., concurred; Thomas, J., dissented.

Augustus F. Way, Respondent, v. Elizabeth Wentz and Others, Appellants.— Judgment of the County Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ., concurred.

Paul Wrublewsky, as Administrator, etc., Respondent, v. Tidewater Building Company and Thomas B. Bryson, Appellants.— Judgment and order reversed and new trial granted, costs to abide the event. The evidence fails to establish how plaintiff's intestate came to enter the bin in which he met his death. There is no evidence of any instructions from any one that he should do so, and the circumstantial evidence would indicate that it was unnecessary for him to do so in the ordinary discharge of his duties. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Young Women's Christian Association of Brooklyn, Appellant, v. Ella Carr, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

John Haley, Appellant, v. The Village of White Plains, Respondent.— Interlocutory judgment of the County Court of Westchester county reversed, with ten dollars costs, and demurrer overruled, with thirty dollars costs, with leave to defendant to serve an answer within twenty days on payment of the costs aforesaid, on authority of *Allen* v. *City of New York* (120 App. Div. 539) and *Cantwell* v. *City of New York* (75 Misc. Rep. 335; affd. on opinion below, 152 App. Div. 906). Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

---

## THIRD DEPARTMENT, SEPTEMBER, 1913.

In the Matter of the Application of Willis C. Daggett and Others, Appellants, to Lay Out a Highway in the Town of Southport, N. Y., and Assess the Damages Therefor. The Town of Southport, N. Y., and Others, Respondents.— Final order affirmed, with costs. All concurred, except Smith, P. J., not voting.

The People of the State of New York ex rel. The City of New York v. Charles H. Jansen and Others, as Members of and Constituting the Board of Assessors of the Town of Shawangunk, Ulster County, State of New York. (1910.) — Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. The City of New York, Respondent, v. Nathaniel Deyo and Others, as Members of and Consti-